In the Matter of the Probate of the Will of EDWARD J. FITZ-GERALD, Deceased. ARTHUR BRUAN, as Executor and Trustee Named in the Will of EDWARD J. FITZGERALD, Deceased, et al., Respondents; MARY E. FITZGERALD, Appellant.

Argued May 20, 1948; decided July 16, 1948.

*Martin J. Cunningham* and *John F. Dufficy* for appellant.

*Jacob W. Friedman* and *Arthur Bruan,* in person, for Arthur Bruan, respondent.

*Maurice Giaimo, Special Guardian* for Clyde K. Fitzgerald, in person, and *Frank M. Nicolosi* for Maurice Giaimo, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.